**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7484**

NICHOLAS JAMES QUEEN, SR.,

Petitioner – Appellant,

v.

WARDEN,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.   (1:12-cv-02257-WMN)

Submitted:  October 17, 2012          Decided:  October 31, 2012

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicholas James Queen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr., appeals the district court's order denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Queen v. Warden, No. 1:12-cv-02257-WMN (D. Md. Aug. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED